UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

United States of America

v.

FNU LNU,
    a/k/a "Ricardo Hernandez,"
    a/k/a "Herbeth Wilfredo Giron Diaz,"

                  Defendant.

------------------------------------------------------------X

**Order of Restitution**

S1 10 Cr. 1043 (KTD)

      Upon the application of the United States of America, by its attorney, Preet Bharara, United States Attorney for the Southern District of New York, Matthew L. Schwartz, Assistant United States Attorney, of counsel; the presentence report; the Defendant's conviction on Counts One through Six of the above Indictment; and all other proceedings in this case, it is hereby ORDERED that:

      **1. Amount of Restitution.** FNU LNU, the Defendant, shall pay restitution in the total amount of $71,941.54, as follows: $64,255.44 to the victims of the offense charged in Count Three and $7,686.10 to the victims of the offense charged in Count Five. The names, addresses, and specific amounts owed to each victim are set forth in the Schedule of Victims attached hereto. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

      **2. Sealing.** Consistent with 18 U.S.C. §§3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Schedule of Victims attached hereto shall be filed under seal, except that copies may be retained and used or disclosed by the

6.2011

Government, the Clerk's Office, and the Probation Department, as need be to effect and enforce this

Order, without further order of this Court.

Dated: New York, New York
       May 6, 2013

                                                    HON. KEVIN THOMAS DUFFY
                                                    UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-16-13